BLANCHARD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CR. No. 2:23cr20061-SHL/tmp |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) |
| FRED GRIGGS, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 22, 2022, in the Western District of Tennessee, the defendant,

**FRED GRIGGS**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus G2C 9mm, pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

DATED: _____

_____
KEVIN G. RITZ
UNITED STATES ATTORNEY