# BLANCHARD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 2:23cr20061-SHL/atz |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| FRED GRIGGS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENALTIES

### COUNT 1

[Nmt 10 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100, but if the defendant has three prior convictions for violent felonies or serious drug offenses, then nlt 15 yrs. imprisonment, and nmt life imprisonment, see 18 U.S.C. § 924(e), nmt $250,000 fine, or both, nmt a 5 yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. § 3013 (a)].